UNITED STATES
Kentucky of court

1. of 2

FILED
JAMES J. VILT, JR. - CLERK
SEP 21 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Timmathey Moore Plentiff

vs

Case No 5-cv 00250
Plopper Defendnt

I wont the court to Send me 15 Civil Sepnas Blank forms for Civil Rule 34-45 so I Can Have court get All the Evdens the legal offices Dusnt Have them I Dont Know How they Dont its Just a Matr of Prenting it off ther Jurking me a wrawn So I carm to the court So Evdens will get Sent to court And me from the Defendins in my cases please And for the cost to be Charchd to my Acount for my cases Not to Presh to court case its A Supena 15 Blank Supenas forms for Civil Rule 34 & 45 please Hope So I Dont get Rule Hand Back for Rate Name I'm in come Back 8-22-26

I Confirm All is true und oth And Puriry Law 9-13-26

And I ned Court ordr for Six Moths Statment

My Addres Timmathy Moore 293411
KSP 266 watre St
Eddyville KY 42038

Timmathey A Moore
9-14-26

UNITED STATES
of
Kentucky court

2 of 2
Plaintiff
~~Defendant~~

My Name Timmathy Moore

Dat of Burth 11-27-1994 Case No 92
SSI # 4416
Doc # 293411

I get A lil Issue Evrey time I turn a wrown i git Lockt up And staff Put it on me And my legel pg chansd out And Evrey time I tell Judge to tak medeyet AcShen they ~~Dont~~ Last month court told me they grentid Lot of my Clames thin told me to put Prove I did thin I get Lockt up get letr from court teling Me to Rey Do my 1983 on Case 92 And my Rey left And wen I got out And Lukt for they pg It was gon And Doc KSP Dun Nuthing Lock Me up A gen Sed I was being Des Res Spekt full I Was Not ther or Chansing out court pg Hoking Noshnall Scrdey I ordr the court to tak A medeyet AkShen undr Civil RulsItt Not thin you vilat My Humen RHits Articu #5 And Artecl #25 Itime #1 And thin Some

---

I come furm All IS trew And that I Dropt out of Schoole in forth grad And And court Judge is my yousing His Athrtey's I'm Sik Dixing Staff going in my cells taking legul work And chansd my charches out And I told court And you Do Nuthing then you or in compleestey And As a USA Setusent You Have A Dutey to Rey Port criminall Aktered 14 Amend ment (I've Dun my Part) I've tri'd to Ask court to orde Some one to Evest got Issue's But they ~~Dont~~ Violating my (RHits) Dr Doing Nuthing Its called Delebring Indefens thats wat KSPDoc Dus Its Pointles for me to Do iny thing if courts Not going to Do wat I Ask !!!

Addres Timmathy Moore 293411
KSP 266 Water St
Eddyville KY 42038

Timmathy X Moore
9-14-26

UNITED STATe
OF
Kentucky court
Criminal complent

Kentucky cominwith of Kentucky

V.
Homes And
Butlin

on 9-15-26 I timmathy Moore got Asltid by Homes And Butlin in 3/4 13R-13 I got Slombd on my fac I was Hand cufft And Shokuls I was walking with 2 Co KSP staff Bultin on my RHit Homes on my left Butin sed somthing to me thin He tri'd to ~~mov~~ ... is threw my arme controling me He Slomd me cosing injrey 5 five Stiches And And Skrachis from Hand cuffs the writ up got Dropt

My Bleve this is ASlt I can Not Defend mySlfe I was Surkld Hens and feet IIS UM colld For And wadin Dun Her Job By Droping it ~~Bef~~ Now Shes poling lil Strogs with IAund mail Rom So All of my Criminal complaints nuthing gets Dun Evrey thing I Do Nuthing Hepens

I Sen Rive for Proper complont Civil Rule Aoc 505 or 305 that mens comin with of Kentucky Prosecutr Pik it up And Sub Pen KSP for Hand Held Comre And walk come I wont them to Do ther Job Civil Rule 34.845 Im Injent I cant get All Evidens And court puts case Numbr on criminal cases Not me..

I come firm All trow oth Rule And Purjrey cow 9-14-26 at KSP And ther Ive ben trying but KSP Has Hakt court And trid to cover it up Numres Asits this is just one -Lol

Addres Timmathy moore 293411
KSP 266 watre St
Eddyville KY 42038

Timmathey L. Moore

Timmathy Moore 293411
KSP 266 Water St
Eddyville KY 42038

LOUISVILLE KY 400
18 SEP 2026 PM 3 L

Stamps
$0.78 0
US POSTAGE IMI
FIRST-CLASS
063S0001443203
FROM 42038
S95036.174
Stamps

Clerk
126 Federal Building
423 Frederica
Owensboro KY 42301-3013

42301-301326